**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-277-MOC-DCK**

| | |
|---|---|
| NICOLE DANIELLE SHOEMAKER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) **ORDER** ) |
| ONYX ENVIRONMENTAL SOLUTIONS, INC., LUTZ F. HAHNE, and JEREMY HAHNE, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Stay Deadline For Responding To Plaintiff's First Set Of Discovery" (Document No. 8) filed September 5, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion, with modification.

According to the instant motion, the "parties are in agreement that staying the deadline for Defendants to serve their responses to the foregoing discovery will reduce the parties' respective costs and legal expenses, and allow more time for settlement discussions and make settlement discussions more productive." (Document No. 8, p.1). The parties do not, however, indicate how much time they may need to complete settlement discussions, but propose that they will notify the Court if settlement discussions break down. (Document No. 8, pp.1-2).

Although the undersigned finds good cause to allow time for the parties to conduct settlement discussions, the undersigned is reluctant to allow an indefinite stay of discovery.

Instead, the Court will allow Defendants an extension of time to provide responses to Plaintiff's discovery requests. If Defendants then need additional time, they may file a motion for an additional extension of time; such motion should include an update on the progress of settlement discussions.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Stay Deadline For Responding To Plaintiff's First Set Of Discovery" (Document No. 8) is **GRANTED, with modification**. Defendants shall serve responses to Plaintiff's First Set Of Discovery on or before **October 30, 2014**, or request additional time to complete such discovery.

Signed: September 5, 2014

David C. Keesler
United States Magistrate Judge