**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-277-MOC-DCK**

| | |
|---|---|
| NICOLE DANIELLE SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ONYX ENVIRONMENTAL SOLUTIONS, | ) |
| INC., LUTZ F. HAHNE, and JEREMY | ) |
| HAHNE, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Defendant's counsel, Philip M. Van Hoy, has notified the Court (Document No. 10) that the parties reached a settlement on October 31, 2014. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 1, 2014**.

Signed: November 3, 2014

David C. Keesler
United States Magistrate Judge